In re                                                                  Case No. 11−32574
                                                                       Chapter 13
James Matthew Johnson,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on February 13, 2017 at 10:00 AM

to consider and act upon the following:

*31* − Trustee's Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 01/30/2017. (McKinney [Acting], Sabrina)

*32* − Objection to Trustee's Motion To Dismiss Case filed by Richard D. Shinbaum on behalf of James Matthew Johnson (RE: related document(s)31 Trustee's Motion to Dismiss Case). (Shinbaum, Richard)

Dated January 30, 2017

                                                 Juan−Carlos Guerrero
                                                 Clerk of Court